JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>    Plaintiff(s),<br><br>vs.<br><br>ROSS STORES, INC., a Delaware Corporation; GREENA, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>    Defendant(s). | Case No.: 2:16-cv-05638-BRO-AJW<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**Honorable Beverly Reid O'Connell**<br>**United States District Judge** |

The parties having so stipulated and agreed, it is hereby SO ORDERED the case be dismissed with prejudice without an award of costs or fees to any party.

    IT IS SO ORDERED.

DATED: May 12, 2017

                                   By: _____
                                       Honorable Beverly R. O'Connell
                                       United States District Court Judge